# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

REBECCA GAMBOA,

               Plaintiff,

     v.

COUNTY OF SAN LUIS OBISPO, et al.,

               Defendants.

Case No. 2:25-cv-04339-AB-MBK

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing the action without prejudice.

DATE: April 14, 2026

_____

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE