JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

REBECCA GAMBOA,

               Plaintiff,

     v.

COUNTY OF SAN LUIS OBISPO, et al.,

               Defendants.

Case No. 2:25-cv-04339-AB-MBK

JUDGMENT

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that this case is dismissed without prejudice.

Dated: April 14, 2026

_____

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE